Entered: February 10th, 2022
Signed: February 9th, 2022
**SO ORDERED**
No response filed.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| IN RE:<br><br>JAQUANDA S. VAUGHAN<br><br>　　　　Debtor | Chapter 13<br>Case No. 20-18927-TJC |
| U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE LB-CABANA SERIES IV TRUST<br>　　　　Movant<br><br>v.<br><br>JAQUANDA S. VAUGHAN<br>　　　　(Debtor)<br><br>REBECCA A. HERR<br>　　　　(Trustee)<br>　　　　Respondents | Ref. Dkt. 41 |

### ORDER TERMINATING AUTOMATIC STAY

Upon Consideration of the Motion for Relief from Automatic Stay ("Motion"), filed by U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust, and its successors and assigns, to exercise its rights under applicable law against the Property; and U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust is allowed to enforce the lien of its Deed of Trust as it pertains to the real property located at 12721 Town Center Way, Upper Marlboro, MD 20772 and it is more particularly described as follows:

Lot 27, Block A. as shown on a Plat entitled "Plat of Correction, Plat One, Marlton Town Center", as per plat thereof recorded in Plat Book 175, at Plat 100, among the land records of Prince George's County, Maryland.

Being the fee simple property which, by Deed dated October 30, 1998, and recorded in the Land Records of the County of Prince George's Maryland in Liber 12597, Folio 483, was granted and conveyed by NVR, Inc. unto Karshia R. Farrow.

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED**, that it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

Copies to:

James E. Clarke
John E. Tarburton
Paul J. Moran
Elizabeth M. Abood-Carroll
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Jaquanda S. Vaughan
12721 Town Center Way
Upper Marlboro, MD 20772
*Debtor*

James R. Logan
James R. Logan P.A.
2419 Maryland Avenue
Baltimore, MD 21218
*Attorney for the Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**